IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL J. LEVITAN,
    Plaintiff,

vs.                                         Case No. 3:10cv398/LAC/MD

DAVID MORGAN, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on October 12, 2010 by filing a civil rights complaint (doc. 1) and motion to proceed *in forma pauperis* (doc. 2). Because plaintiff's application to proceed *in forma pauperis* was deficient in that plaintiff failed to include a copy of his prisoner trust account statement, this court entered an order on October 27, 2010 directing plaintiff to pay the $350.00 filing fee or correct the deficiency in his *in forma pauperis* application, within twenty-eight days (doc. 4). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed.

Plaintiff did not respond to the order. Accordingly, on December 13, 2010, this court issued an order directing plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court (doc. 5). That deadline has passed, and plaintiff has neither responded to the order, nor complied with the court's October 27, 2010 order.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 24th day of January, 2011.

/s/ *Miles Davis*
           **MILES DAVIS**
           **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**