**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DANIEL J. LEVITAN,**
      **Plaintiff,**

**vs.**                    **CASE NO. 3:10cv398/LAC/MD**

**DAVID MORGAN, et al.,**
      **Defendants.**

_____

**O R D E R**

      **This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 24, 2011.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

      **Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

      **Accordingly, it is now ORDERED as follows:**

      **1.**      **The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

      **2.**      **This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.**

3.      The clerk is directed to close the file.


**DONE AND ORDERED this 25th day of February, 2011.**



                                        s/*L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**